**Goldberg Kohn**

55 E Monroe St, Suite 3300
Chicago, Illinois 60603

T: 312.201.4000
goldbergkohn.com

ORIGINAL

david.morrison@goldbergkohn.com
direct phone: 312.201.3972
direct fax: 312.863.7472

December 5, 2025

**VIA ECF**

The Honorable Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2025

**Re:    *CION Investment Corp. v. Atlas Supply LLC, et ano.*, Case No. 1:25-cv-07181**

Your Honor:

I am counsel for Plaintiff CION Investment Corporation ("CION"). CION filed its motion for judgment on the pleadings on December 3, 2025 (the "Motion for Judgment") (ECF Nos. 25 & 26). CION respectfully requests that the Court adjourn the Fed. R. Civ. P. 16(b) conference currently scheduled for Thursday, December 18, 2025, at 2:30 p.m. and of the deadline to submit a Proposed Scheduling Order (ECF No. 24) until the Court has had an opportunity to decide the pending Motion for Judgment.

Counsel to Defendants Atlas Supply LLC and Ross Hilton Kemper consents to this request.

Accordingly, CION respectfully requests that the Court adjourn the Fed. R. Civ. P. 16(b) conference, and any obligations to meet and confer on a discovery schedule or submit a Proposed Scheduling Order, until at least such time as the Court enters an order with respect to, or rules on, the pending Motion for Judgment.

*So Ordered*
*Louis L.*
*Stanton*
*12/8/25*

We thank the Court for its time and attention to this matter.

Respectfully submitted,

David E. Morrison (NY Bar No. 4161022)
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago Illinois 60603
Telephone:  (312) 201-4000
Facsimile:  (312) 332-2196
david.morrison@goldbergkohn.com
*Counsel for Plaintiff CION Investment Corporation*

cc:    All counsel of Record by Electronic Filing

MERITAS

4924-0402-1630

8381.001